# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| ESTATE OF LANE CAVINESS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ATLAS AIR, INC., *et al.*, <br><br> Defendants. | Case No. 1:22-cv-23519-KMM-LFL |

**DECLARATION OF CARLEEN A. YBARRA ON BEHALF OF DEFENDANTS ATLAS AIR, INC., JOHN W. DIETRICH, PATRICIA GOODWIN-PETERS, AND JEFFREY CARLSON**

I, Carleen A. Ybarra, declare as follows:

1. I currently serve as Director Employee Relations & Workforce Solutions for Atlas Air, Inc. ("Atlas"). I have held this position since July 19, 2021. I have personal knowledge of the information herein.

2. Atlas is a Delaware corporation. Its principal place of business and corporate headquarters are located at 2000 Westchester Avenue, Purchase, New York, and its senior leadership team manages Atlas's worldwide operations from there. Atlas employs approximately 4,354 domestic active employees located in airports across the country, Atlas's corporate headquarters, and all of its offices.

3. Atlas's wholly owned parent company, Atlas Air Worldwide Holdings, Inc. ("AAWW"), is also a Delaware corporation with its principal place of business in Purchase, New York.

4. Atlas's policies concerning the COVID-19 vaccine—including its reasonable accommodations policy—were developed and executed primarily by employees based in New York and, during pandemic conditions, working from other states in the Northeast.

5. Atlas maintains operational centers at the following airports throughout the continental United States: Anchorage, Chicago-O'Hare, Cincinnati, John F. Kennedy, Los Angeles, and Miami. This means that just one of Atlas's operation centers is located in Florida.

6. Only 14.5% of Atlas's U.S. workforce has a Florida duty station—634 out of a domestic workforce of 4,354. From January 2021 through October 2022 (when this litigation commenced), take offs and landings in Florida never represented more than 9% of total monthly flights.

7. Atlas maintains a training center in Miami, Florida and conducts a small percentage of its operations in the state. Flight Crew training takes place at the Miami training center, and certain specialized ground employees based in Miami also receive the training specific to their position in Miami.

8. In their Complaint (¶ 130), Plaintiffs allege that Atlas's Miami training center contains "30,000 square feet of administrative and instructional space." Yet, Atlas maintains far greater space elsewhere—including over 150,000 square feet of space in Kentucky, over 100,000 square feet in California, and over 65,000 square feet of space in New York—as well as significant physical plants at locations across the country (and internationally, including over 22,007 square feet in Hong Kong, 4,800 square feet in Shanghai, and 4,300 square feet in South Korea).

9. Atlas's workforce outside of Florida far outnumbers its workforce inside of Florida. In Kentucky alone, Atlas has 1,365 employees—more than double the number of

employees who work in Florida. Atlas also has 537 employees in Alaska, 538 employees in California, 731 in New York, 206 in Illinois, 163 in Texas, and other employees based in 14 other states and various foreign countries.

10. Atlas's Ground Operations Support and Facilities, Accounting, Finance, Financial Planning and Analysis, Safety, Administration, Systems Operations, Defense & Government Programs, Sales & Marketing, Communications, Legal, and Human Resources functions all are based in New York. Atlas's Flight Operations (including Scheduling and Planning) are based in New York and Kentucky. Some of these Atlas functions maintain staff in other offices, but are still led from New York.

11. Atlas's principal executive offices are also located in New York.

12. Atlas's board meetings typically take place in New York or in Washington, D.C. The most recent board meeting took place in New York.

13. Atlas services its wholly owned parent company's stock (AAWW) in New York. That stock currently trades on the NASDAQ, in New York. Atlas's parent company has entered into a definitive agreement to be acquired by an investor group. Upon completion of the transaction, Atlas's parent will become a privately held company and shares of AAWW stock will no longer be listed on the NASDAQ.

14. In my capacity as Director Employee Relations & Workforce Solutions, I am familiar with Atlas's process of maintaining employment records. It is the regular practice of Atlas for its employees to create and update a record for each Atlas employee that includes (among other things) the location where the employee works (*i.e.*, has his/her base of operation) and where the employee resides. Atlas keeps these employee records in the course of its regularly conducted business activities. Based on a review of Atlas's regularly maintained

employment records, the Plaintiffs include current and former pilots and ground operations personnel.[1] As set forth in the below table, 62 of the 98 Plaintiffs currently or formerly employed by Atlas in this action have no tie to Florida, while another 15 do not work in Florida, but only live there.

| Last Name | First Name | Employee Type | Work Location (State) | Home Location (State) |
|---|---|---|---|---|
| Akerlund | Patrick | Pilot | AK | AK |
| Alzati | Michael | Pilot | TN | FL |
| Anderson | Eric | Pilot | KY | KY |
| Ballard Jr. | Michael | Pilot | KY | KY |
| Bearce Jr. | Larry | Pilot | FL | IA |
| Bellman | Robert | Pilot | FL | FL |
| Bendiburg | Benjamin | Pilot | TX | NH |
| Berry | Gregory | Pilot | AK | GA |
| Berry* | Douglas | Pilot | AK | GA |
| Bohnert | Douglas | Pilot | IL | CO |
| Botha | Lynette | Pilot | CA | SD |
| Buehrer* | Caleb | Pilot | IL | TX |
| Bullock | Richard | Pilot | FL | FL |
| Carroll | Jon | Pilot | KY | NC |
| Caskey | Vergil | Pilot | AK | OK |
| Castor | James | Pilot | CA | CO |
| Chapman | Brett | Pilot | AK | AK |
| Charboneau | Nathan | Pilot | KY | MI |
| Churchel | Shawn | Pilot | CA | FL |
| Colon | Joel | Pilot | KY | FL |
| Connor | Mark | Pilot | TX | TN |
| Cronauer | Matthew | Pilot | CA | VA |
| Cunningham* | Fred | Pilot | CO | CO |
| Danza | Royal | Pilot | CA | AZ |
| De Sousa | Elliot | Pilot | IL | CO |
| Desandro | Eric | Pilot | FL | FL |
| Dixon | Steve | Pilot | KY | TN |
| Erickson | James | Pilot | CA | ID |
| Esquivia | Luis | Pilot | CA | FL |

---

[1] Individuals noted with an asterisk (*) next to their last name in the table are no longer employed with Atlas.

- 4 -

| Last Name | First Name | Employee Type | Work Location (State) | Home Location (State) |
|---|---|---|---|---|
| Estate of Lane Caviness[2] | | Pilot (Lane Caviness) | FL (Lane Caviness) | TX (Lane Caviness) |
| Estes | Lee | Pilot | KY | AL |
| Fratti | Robert | Pilot | CA | ID |
| Frisbie | Jason | Pilot | CA | AK |
| Frye | Timothy | Ground Operations | FL | FL |
| Fussle | Jonathan | Pilot | NY | IN |
| Gamboa | Tony | Pilot | FL | FL |
| Gebhard | Dennis | Pilot | FL | FL |
| Ghods | Reza | Pilot | CA | FL |
| Gilman | Mark | Pilot | OR | AR |
| Giudice | Robert | Pilot | CA | UT |
| Gordon | Eric | Pilot | IL | PA |
| Gordon | Greg | Pilot | NY | OK |
| Greer* | Daniel | Pilot | CA | CA |
| Heivilin | Rexford | Pilot | FL | GA |
| Henning | Jason | Pilot | KY | KS |
| Hewson | David | Pilot | KY | FL |
| Hontz | Todd | Pilot | FL | FL |
| Hudson | Daniel | Pilot | CA | TX |
| Justice | Roger | Pilot | KY | IN |
| Kassandji | Venancio | Pilot | FL | FL |
| Kearins | John | Pilot | FL | NH |
| Keen | David | Pilot | KY | GA |
| Kinder | Ricky | Pilot | KY | IA |
| Kirby | Beth | Pilot | KY | SC |
| Koustas | Andreas | Pilot | FL | NH |
| Kravetz | Chad | Pilot | FL | FL |
| Lee | Daniel | Pilot | AK | AK |
| Lindberg | Carl | Pilot | CA | AZ |
| Loschiavo | Joseph | Pilot | KY | AL |
| Lutz | Andrew | Pilot | KY | FL |
| Lutz | Blythe | Pilot | KY | FL |
| Macario | Rafael | Pilot | KY | FL |
| Mayo Jr. | Douglas | Ground Operations | FL | FL |

---

[2] Plaintiffs' Complaint is silent as to the residency or place of employment as to Lane Caviness (deceased) or for the representatives of his Estate: Plaintiff Landon Caviness and Plaintiff Morgan Caviness are not Atlas employees.

- 5 -

| Last Name | First Name | Employee Type | Work Location (State) | Home Location (State) |
|---|---|---|---|---|
| McMillan | Montague | Pilot | KY | ID |
| McQuillen | April | Pilot | KY | FL |
| McQuillen | Christopher | Pilot | KY | FL |
| Meissner* | Steven | Pilot | AK | FL |
| Michonski | Jeffrey | Pilot | OR | VA |
| Mickler | Andrew | Pilot | AK | AK |
| Morris | Corey | Pilot | FL | FL |
| Muratore | Steven | Pilot | FL | FL |
| Myers | Gregory | Pilot | CA | CA |
| Napora | Peter | Pilot | CA | AZ |
| Pardo | Joel | Ground Operations | FL | KY |
| Phillips | Patrick | Pilot | TN | TX |
| Phillips* | Lance | Ground Operations | FL | CO |
| Pittet* | Siegfried | Pilot | AK | TX |
| Pronk | Glen | Pilot | KY | KY |
| Randall | Charles | Pilot | IL | PA |
| Raymond | Peter | Pilot | KY | TX |
| Roberts | Joshua | Pilot | KY | OH |
| Rogers | Jason | Pilot | CA | CA |
| Samson | Gregory | Pilot | AK | ID |
| Schreck | Kimberly | Ground Operations | KY | KY |
| Serritella* | William | Pilot | NY | FL |
| Shelton | Gentry | Pilot | TX | TX |
| Snaza | Todd | Pilot | FL | SD |
| Sorrentino | Donald | Pilot | NY | NH |
| South | Mark | Pilot | KY | KY |
| Stark | Michael | Pilot | CA | TX |
| Staton | Austin | Pilot | AK | AK |
| Stowells | Forrest | Pilot | OR | WA |
| Swift | John | Pilot | CA | CA |
| Taylor | Nick | Pilot | AK | AZ |
| Thompson | William | Pilot | FL | FL |
| Thoroughman | Brandon | Ground Operations | KY | IN |
| Verdes | Gustavo | Pilot | FL | AZ |
| Villella | James | Pilot | KY | FL |
| Zarrabian | Farshad | Pilot | CA | FL |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 2, 2023.

Carleen A. Ybarra
Director Employee Relations & Workforce Solutions