# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ESTATE OF LANE CAVINESS, *et al.*,

    Plaintiffs,

v.

ATLAS AIR, INC., *et al.*,

    Defendants

Case No. 22-cv-23519-KMM-LFL

**DECLARATION OF KYLE WEBER**

I, KYLE WEBER, declare that if called as a witness in this action, I could and would competently testify to the following based on my personal and professional knowledge.

1. I am over 18 years of age, a citizen of the United States, and the managing member of EncompassAir, LLC, ("EncompassAir").

2. EncompassAir is an Alaska limited liability company with its principal place of business in Anchorage, Alaska. Encompass's administrative offices, corporate records, executive officers, and financial, accounting, and operational decision-making are all located in Alaska.

3. EncompassAir has never been incorporated in Florida, has no bank account in Florida, owns no real property in Florida, and has no business locations in Florida.

4. EncompassAir contractor Mark Thien is not based in Florida for his work for EncompassAir, and does no work for Encompass within the State of Florida. EncompassAir understands that Mr. Thien does not live in Florida and that he has

- 2 -

not lived in Florida at any point during his business relationship with EncompassAir.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 3RD day of February of 2023.

By: *Kyle Weber*
KYLE WEBER