# EXHIBIT G

# Flight Services International, LLC

# EMPLOYEE HANDBOOK

**ISSUED TO:**

The employee to whom this guide is being distributed is responsible for reviewing and being familiar with the policies contained herein.

**Corporate Office:**

Flight Services International, LLC
1415 South Voss, Ste. 110-128
Houston, Texas 77057
(713) 898-7855

**Houston Office:**

Flight Services International, LLC
18201 Viscount Road, Suite G300
Houston, Texas 77032
(281) 443-9133 X28

*PRIVILEGED & CONFIDENTIAL INFORMATION*
Revision May 2014

# EMPLOYEE ACKNOWLEDGEMENT

I have read or will promptly read the policies and procedures outlined in this Employee Handbook (the "Handbook") and the Cabin Crewmember Guidelines for Flight Services International, LLC (the "CCPG"). I understand that Company can, at its sole discretion, modify, eliminate, or revise the information in this Handbook or the CCPG as circumstances warrant. I accept responsibility for familiarizing myself with any changes made to the information contained in this Handbook and the CCPG.

I understand that this Handbook is not a contract of employment between the Company and me and nothing in this Handbook or the CCPG creates an express or implied contract of employment. Nevertheless, I understand that I am expected to adhere to the provisions of the Handbook and the CCPG. If I have any questions regarding the information contained in this Handbook, I understand that I should contact the Company.

Further, I acknowledge and agree that (i) my employment with Company is an "at-will" relationship that has no specific duration and that is terminable by either party at any time, with or without advance notice, (ii) unless otherwise provided by law, all disputes, claims and controversies which I may have with FSI, whether individual, joint or as part of a class, shall be arbitrated in Harris County, Texas as administered by and pursuant to the rules of the American Arbitration Association (www.adr.org; 800.778.7879) and any decision or award shall be final, binding and enforceable in a court of law. The arbitration shall be governed by the laws of the State of Texas and the U.S. Arbitration Act, 9 USC Sections 1-16 to the exclusion of provisions of state law inconsistent with the Federal Act.

I also understand that the information in this Handbook as well as the CCPG is confidential and for the use of Company employees only. It will, at all times, remain the property of Company. Should my employment terminate for any reason and I have possession of a Handbook, I will return the Handbook and the CCPG to Company.

**AGREED & ACKNOWLEGED BY:**

_____    _____
Employee Signature                                                                                                  Date

_____
Employee Name (Printed)

# Electronic Signature Agreement

Flight Services International, LLC has adopted an online hiring process that saves paper, and allows you to be placed into payroll quickly. As part of this process you will be asked to electronically sign required forms and documents by placing your initials in a box where indicated.

By providing your signature below you:

- Agree that your initials, in conjunction with the password that you used to gain access to this system, identify that a record or transaction belongs to you.
- Agree that because data entered on this site will be attributed to you that it is essential for you to guard your own login and password and not reveal it to any another person for any reason.
- Agree that a record or transaction signed with my electronic signature may not be denied legal effect or enforceability solely because it is in electronic form.

**By entering my initials in the box below, I certify that I have read and understand the above information and that I agree to the conditions as stated above.**

**Enter your initials to create your electronic signature.**

My Initials        CB

Confirm My Initials  CB

[Save & Continue]

Electronically Signed: 2/28/2016 8:58 PM
By: Cindy Barrionuevo (Portal User [cbarrionuevo])
IP Address: 
User Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/42.0.2311.135 Safari/537.36 Edge/12.10240
Signature: CB

# Electronic Signature Agreement

Flight Services International, LLC has adopted an online hiring process that saves paper, and allows you to be placed into payroll quickly. As part of this process you will be asked to electronically sign required forms and documents by placing your initials in a box where indicated.

By providing your signature below you:

- Agree that your initials, in conjunction with the password that you used to gain access to this system, identify that a record or transaction belongs to you.
- Agree that because data entered on this site will be attributed to you that it is essential for you to guard your own login and password and not reveal it to any another person for any reason.
- Agree that a record or transaction signed with my electronic signature may not be denied legal effect or enforceability solely because it is in electronic form.

**By entering my initials in the box below, I certify that I have read and understand the above information and that I agree to the conditions as stated above.**

Enter your initials to create your electronic signature.

My Initials            RR

Confirm My Initials    RR

[Save & Continue]

Electronically Signed: 6/29/2017 9:22 PM
By: Rebecca Robertson (Portal User [rrobertson])
IP Address: ▇▇▇▇▇▇
User Agent: Mozilla/5.0 (Windows NT 6.1; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/58.0.3029.110 Safari/537.36
Signature: RR

# Electronic Signature Agreement

Flight Services International, LLC has adopted an online hiring process that saves paper, and allows you to be placed into payroll quickly. As part of this process you will be asked to electronically sign required forms and documents by placing your initials in a box where indicated.

By providing your signature below you:

- Agree that your initials, in conjunction with the password that you used to gain access to this system, identify that a record or transaction belongs to you.
- Agree that because data entered on this site will be attributed to you that it is essential for you to guard your own login and password and not reveal it to any another person for any reason.
- Agree that a record or transaction signed with my electronic signature may not be denied legal effect or enforceability solely because it is in electronic form.

**By entering my initials in the box below, I certify that I have read and understand the above information and that I agree to the conditions as stated above.**

**Enter your initials to create your electronic signature.**

My Initials           ECS

Confirm My Initials   ECS

                              Save & Continue

Electronically Signed: 9/17/2018 11:35 PM
By: Elizabeth Stoneking (Portal User [estoneking])
IP Address: ▮▮▮▮▮▮▮▮
User Agent: Mozilla/5.0 (Linux; Android 7.0; SM-G925T Build/NRD90M) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/68.0.3440.91 Mobile Safari/537.36
Signature: ECS

## Electronic Signature Agreement

Flight Services International, LLC has adopted an online hiring process that saves paper, and allows you to be placed into payroll quickly. As part of this process you will be asked to electronically sign required forms and documents by placing your initials in a box where indicated.

By providing your signature below you:

- Agree that your initials, in conjunction with the password that you used to gain access to this system, identify that a record or transaction belongs to you.
- Agree that because data entered on this site will be attributed to you that it is essential for you to guard your own login and password and not reveal it to any another person for any reason.
- Agree that a record or transaction signed with my electronic signature may not be denied legal effect or enforceability solely because it is in electronic form.

**By entering my initials in the box below, I certify that I have read and understand the above information and that I agree to the conditions as stated above.**

**Enter your initials to create your electronic signature.**

My Initials        bjs
Confirm My Initials  bjs

[Save & Continue]

Electronically Signed: 5/18/2012 1:44 PM
By User: Onboarding Portal User - barbara.surber@atlasair.com
IP Address: ▮▮▮▮▮▮▮
User Agent: Mozilla/4.0 (compatible; MSIE 8.0; Windows NT 5.1; Trident/4.0; GTB7.3; .NET CLR 1.1.4322; .NET CLR 2.0.50727; .NET CLR 3.0.4506.2152; .NET CLR 3.5.30729; .NET4.0C; .NET4.0E)
Signature: bjs

# Electronic Signature Agreement

Flight Services International, LLC has adopted an online hiring process that saves paper, and allows you to be placed into payroll quickly. As part of this process you will be asked to electronically sign required forms and documents by placing your initials in a box where indicated.

By providing your signature below you:

- Agree that your initials, in conjunction with the password that you used to gain access to this system, identify that a record or transaction belongs to you.
- Agree that because data entered on this site will be attributed to you that it is essential for you to guard your own login and password and not reveal it to any another person for any reason.
- Agree that a record or transaction signed with my electronic signature may not be denied legal effect or enforceability solely because it is in electronic form.

**By entering my initials in the box below, I certify that I have read and understand the above information and that I agree to the conditions as stated above.**

**Enter your initials to create your electronic signature.**

My Initials            [GT]

Confirm My Initials  [GT]

[Save & Continue]

Electronically Signed: 6/2/2012 5:01 PM
By User: Onboarding Portal User - gtonda
IP Address: [redacted]
User Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 2.0.50727; InfoPath.2; .NET CLR 1.1.4322; .NET CLR 3.0.4506.2152; .NET CLR 3.5.30729)
Signature: GT

# Electronic Signature Agreement

Flight Services International, LLC has adopted an online hiring process that saves paper, and allows you to be placed into payroll quickly. As part of this process you will be asked to electronically sign required forms and documents by placing your initials in a box where indicated.

By providing your signature below you:

- Agree that your initials, in conjunction with the password that you used to gain access to this system, identify that a record or transaction belongs to you.
- Agree that because data entered on this site will be attributed to you that it is essential for you to guard your own login and password and not reveal it to any another person for any reason.
- Agree that a record or transaction signed with my electronic signature may not be denied legal effect or enforceability solely because it is in electronic form.

**By entering my initials in the box below, I certify that I have read and understand the above information and that I agree to the conditions as stated above.**

**Enter your initials to create your electronic signature.**

My Initials         RT
Confirm My Initials RT

[ Save & Continue ]

Electronically Signed: 5/16/2012 8:31 AM
By User: Onboarding Portal User - Ricardo.Torres@atlasair.com
IP Address: ▮▮▮▮▮
User Agent: Mozilla/5.0 (compatible; MSIE 9.0; Windows NT 6.0; Trident/5.0; yie9)
Signature: RT