# EXHIBIT H

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

ESTATE OF LANE CAVINESS, *et al.*,

    Plaintiffs,

v.

ATLAS AIR, INC., *et al.*,

    Defendants.

Case No. 22-cv-23519-KMM-LFL

## DECLARATION OF MATTHEW A. GREEN, ESQ.

I, Matthew A. Green, Esq., hereby declare:

1.    I am over the age of eighteen (18) years and am fully competent to make this Declaration. The facts set forth within this Declaration are made based upon my personal knowledge and upon information provided to me by others and are true and correct.

2.    I am an attorney licensed to practice in the State of Florida and admitted to practice in the United States District Court for the Southern District of Florida. I am an associate at the law firm Cole, Scott & Kissane, P.A., and I am counsel of record in this action for Defendant, Flight Services International, LLC ("FSI").

3.    This Declaration is submitted in support of FSI's argument, within Defendants' Consolidated Memorandum in Support of Incorporated Motions to Dismiss Pursuant to Rule 12(B)(1), 12(B)(2), and 12(B)(6) ("Defendants' Motion"), that Plaintiffs', Cindy Barrionuevo, Rebecca Robertson, Elizabeth Stoneking, Barbara Surber, Geri Tonda, and Ricardo Torres (collectively, "Plaintiffs"), claims against it should be dismissed with prejudice for lack of subject matter jurisdiction in light of executed arbitration agreements.

Case No. 22-cv-23519-KMM-LFL

4. Attached to Defendants' Motion as Exhibit G is a true and correct copy of each of these Plaintiffs' signed agreements to be subject to a mandatory arbitration clause upon employment with FSI. This signed arbitration agreement provides that all "disputes, claims and controversies" Plaintiffs may have with FSI are subject to mandatory and binding arbitration.

I declare under penalty of perjury under the laws of the Unites States of America that the foregoing is true and correct.

Dated: February 6, 2023                                   s/ Matthew A. Green
                                                          Matthew A. Green, Esq.