# EXHIBIT I

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| US FREEDOM FLYERS, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> ATLAS AIR, INC., *et al.*, <br><br> Defendants. | Case No. 22-cv-23519-KMM-LFL |

## DECLARATION OF MICHELLE HOGAN IN SUPPORT OF ATLAS AIR, INC., JOHN W. DIETRICH, PATRICIA GOODWIN-PETERS, & JEFFREY CARLSON'S MOTION TO DISMISS

I, Michelle Hogan, declare:

1. I am over eighteen years of age and am competent to testify to the matters stated in this declaration. The statements made herein are based on my personal knowledge unless stated to be upon information and belief.

2. I am an attorney licensed to practice in the State of Florida and I am an Associate with the law firm Jones Day. I have entered an appearance in this case, *see* Not. Appearance [ECF No. 21], and I am one of the attorneys representing Defendants Atlas Air, Inc., John W. Dietrich, Patricia Goodwin-Peters, & Jeffrey Carlson (collectively, "Atlas Air Defendants") in the above-captioned matter. I make this Declaration in Support of the Atlas Air Defendants' Motion to Dismiss [ECF No. 31].

3. The document attached as **Exhibit D** is a true and correct copy of Plaintiff Joshua Roberts' Charge of Discrimination, dated November 2, 2022.

4. The document attached as **Exhibit E** is a true and correct copy of Plaintiff Joshua Roberts' Dismissal & Notice of Rights from the U.S. Equal Employment Opportunity Commission, issued on January 3, 2023.

5. The document attached as **Exhibit F** is a true and correct copy of excerpts of the Collective Bargaining Agreement between Atlas Air, Inc. and International Brotherhood of Teamsters Airline Division, as representatives of the Flight Deck Crew Members in the service of Atlas Air, Inc., effective as of September 10, 2021.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 6th day of February, 2023

  /s/ Michelle Hogan
Michelle Hogan
Florida Bar No. 1010992
mhogan@jonesday.com
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone:  (305) 714-9700
Facsimile:  (305) 714-9799

*Attorney for Atlas Air Defendants*