# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

PATRICK AKERLUND, *et al.*,

Plaintiff,

v.

ATLAS AIR, INC., *et al.*,

Defendants.

Case No. 1:22-cv-23519-KMM-LFL

**PARTIES' JOINT STIPULATION REGARDING**
**THE THIRD AMENDED COMPLAINT**

On September 20, 2023, the Court granted Defendants Atlas Air, Inc. ("Atlas") and Flight Services International, Inc.'s ("FSI") Motion to Dismiss Plaintiffs' Second Amended Complaint. The Court determined that it lacked personal jurisdiction over Atlas concerning the claims of the 47 Atlas Plaintiffs who neither live nor work in Florida (the "Non-Florida Plaintiffs") and determined that it lacked personal jurisdiction over FSI as to all claims asserted against FSI. *See* MTD Order [ECF No. 73].

The Court further determined that the Second Amended Complaint failed to state any claim upon which relief could be granted. *Id.* at 10–15. The Court therefore dismissed the Second Amended Complaint without prejudice and authorized the plaintiffs to amend their complaint to address the deficiencies identified in the Court's MTD Order by October 11, 2023.

Plaintiffs filed their Third Amended Complaint ("TAC") [ECF No. 74] against Defendants on October 11, 2023 and an accompanying Notice Regarding Third Amended Complaint ("Notice") [ECF No. 75]. In their Notice, the Plaintiffs advised "the Court that the only change

from the Second Amended Complaint and the Third Amended Complaint . . . is the addition of Count XI at paragraphs 247-256." [ECF No. 75.]

The only substantive change in the TAC was the addition of Count XI alleging a violation of 21 U.S.C. § 360bbb-3 against Defendants.

In light of the foregoing facts, and consistent with the Court's MTD Order, the Parties hereby jointly stipulate as follows:

1. The Parties agree that Defendant FSI has no obligation to respond any part of the Third Amended Complaint—through an answer, a Rule 12 motion, or otherwise.

2. In reliance on this joint stipulation, the Parties agree that Defendant Atlas shall have no obligation to respond to Counts I through X of the Third Amended Complaint—through an answer, a Rule 12 motion, or otherwise.

Dated: October 27, 2023

Respectfully submitted,

/s/ Michelle Hogan
Eliot Pedrosa
Florida Bar No. 182443
epedrosa@jonesday.com
Michelle Hogan
Florida Bar No. 1010992
mhogan@jonesday.com
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9700
Facsimile: (305) 714-9799

Jonathan M. Linas (pro hac vice)
jlinas@jonesday.com
JONES DAY
110 N. Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

Alexander V. Maugeri (pro hac vice)
amaugeri@jonesday.com
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

***Attorneys for Defendant Atlas Air, Inc.***

/s/ Matthew A. Green
Matthew A. Green
Florida Bar No. 1019717
matthew.green@csklegal.com
S. Jonathan Vine
Florida Bar No. 10966
jonathan.vine@csklegal.com
COLE SCOTT KISSANE, PA
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone: (561) 383-9200
Facsimile: (561) 683-8977

***Attorneys for Flight Services International LLC***

s/ John M. Pierce
Anthony Frank Sabatini
Florida Bar No. 1018163
Sabatini Law Firm P.A.
726 Calabria Way
Howey in the Hills, FL 34737
Telephone: (352)455-2928
Email: anthony@sabatinilegal.com

John M. Pierce (admitted *pro hac vice*)
John Pierce Law PC
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91637
Telephone: (213) 279-7846
Email: jpierce@johnpiercelaw.com

***Attorneys for Plaintiffs***