**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

PATRICK AKERLUND, *et al.*,

      Plaintiffs,

v.

    Case No. 1:22-cv-23519-KMM-LFL

ATLAS AIR, INC., *et al.*,

      Defendants.

**ATLAS AIR'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS THE**
**THIRD AMENDED COMPLAINT**

In response to Atlas Air's ("Atlas") Motion to Dismiss the Third Amended Complaint [ECF No. 81] ("MTD"), Plaintiffs submitted a three-page brief in opposition. *See generally* Resp. to MTD [ECF No. 83] ("Response"). Plaintiffs' argument does not (and cannot) rebut that the Third Amended Complaint—including the one new count (Count XI) raising the Emergency Use Authorization ("EUA") claim—fails (1) to establish that this Court has personal jurisdiction over any of the 47 non-Florida Atlas Plaintiffs' claims under Rule 12(b)(2); and (2) to state any legally viable claim under Rule 12(b)(6). Therefore, Atlas respectfully waives reply and rests on the arguments already set forth in its MTD and earlier briefing. In particular, Atlas would direct the Court's attention to its prior decision in *Lloyd v. Sch. Bd. of Palm Beach Cnty.*, 570 F. Supp. 3d 1165, 1175 (S.D. Fla. 2021) (*see* MTD at 6), which denied an EUA claim based on arguments similar to those raised in Atlas's MTD.

Accordingly, Atlas respectfully requests that the Court dismiss the Third Amended Complaint with prejudice.

Dated: November 16, 2023                    Respectfully Submitted,


                                            /s/ Michelle Hogan
                                            Michelle Hogan
                                            Florida Bar No. 1010992
                                            mhogan@jonesday.com
                                            Eliot Pedrosa
                                            Florida Bar No. 182443
                                            epedrosa@jonesday.com
                                            Jones Day
                                            600 Brickell Avenue, Suite 3300
                                            Miami, FL 33131
                                            Telephone:  (305) 714-9700
                                            Facsimile:  (305) 714-9799

                                            Jonathan M. Linas (*pro hac vice*)
                                            jlinas@jonesday.com
                                            Jones Day
                                            110 N. Wacker Drive, Suite 4800
                                            Chicago, IL 60606
                                            Telephone: (312) 782-3939
                                            Facsimile: (312) 782-8585

                                            Alexander V. Maugeri (*pro hac vice*)
                                            amaugeri@jonesday.com
                                            Jones Day
                                            250 Vesey Street
                                            New York, NY 10281
                                            Telephone: (212) 326-3939
                                            Facsimile: (212) 755-7306

                                            ***Attorneys for Defendant Atlas Air, Inc.***

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 16, 2023, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

/s/ Michelle Hogan
Michelle Hogan