UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PATRICK AKERLUND, *et al.*,

    Plaintiffs,

v.

ATLAS AIR, INC., *et al.*,

    Defendants.

Case No. 1:22-cv-23519-KMM-LFL

### Plaintiffs' Notice Regarding Court's October 31, 2023 Order

    Plaintiffs, through undersigned counsel, respectfully submit this notice regarding the Court's October 31, 2023 Order. The Order, in part, states

> **Since the Parties agree that the Court lacks personal jurisdiction over Defendant FSI per the Order Granting the Motion to Dismiss (ECF No. 73), it is FURTHER ORDERED that Plaintiffs shall file a stipulation of dismissal of all claims against Defendant FSI within thirty (30) days from the date of this Order.**

    As an initial matter, counsel apologizes for being one day late with this notice. Counsel represents dozens of January 6th defendants in the District of Columbia and has been consistently in trial or preparing for trial for months and will continue to be for several months. With a very small team, it has been an extraordinary challenge to keep up with deadlines in all cases. The lateness of this notice was in no way an intentional disregard of the Court's Order, and counsel will take steps to ensure it does not happen again.

    With respect to the substance of the Order, while Plaintiffs understand that the Court has ruled it has no personal jurisdiction over FSI, Plaintiffs respectfully disagree with that conclusion and intend to pursue that issue on appeal upon a final judgment by the Court (the FSI plaintiffs may also file a separate action against FSI in another jurisdiction). Thus, while Plaintiffs realize that the Court will dismiss the claims against FSI on those grounds, they are not prepared to voluntarily stipulate to that dismissal, so that they preserve their appellate rights on the personal jurisdiction issue.

    To the extent the misimpression that Plaintiffs agree there is no personal jurisdiction over FSI was caused by any representation by counsel, this was not intentional and counsel apologizes to the Court.

1

Dated: November 30, 2023                                                                Respectfully Submitted,

*/s/ John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com

**CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, November 30, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce